UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON EUGENE HUNTER,<br><br>Plaintiff,<br><br>v.<br><br>ROLLAND, et al.,<br><br>Defendants. | No. 2:22-cv-01282-EFB (PC)<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff is incarcerated in the Sacramento County Main Jail. He proceeds without counsel in this action brought under 42 U.S.C. § 1983. On January 6, 2023, the court informed plaintiff that he could proceed with potentially-cognizable claims for deprivation of out-of-cell time against defendants Rolland, Calp, Bliss, Haw, Galvez, Ayers, Traxler, Minor, Sacramento County, Biagi, and Ahlers *or* he could file a second amended complaint in an effort to also state additional claims including a claim against defendant Kibak. ECF No. 11. Plaintiff has elected not to amend his complaint and to proceed only with the claims identified by the court. ECF No. 14.

Accordingly, it is ORDERED that the Clerk of the Court randomly assign a United States District Judge to this action.

Further, it is RECOMMENDED that plaintiff's claims against defendant Kibak be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: February 28, 2023.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE