UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON EUGENE HUNTER, | No. 2:22-cv-01282-DAD-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| ROLLAND, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On April 26, 2024, defendant filed a motion for summary judgment. ECF No. 28. Plaintiff has not filed an opposition or statement of non-opposition. E.D. Cal. L.R. 230(*l*).

Accordingly, it is ORDERED that, within 30 days of the date of this order, plaintiff shall file an opposition or a statement of non-opposition to the pending motion for summary judgment. Failure to comply with this order may result in waiver of opposition to the motion or dismissal of this action. Fed. R. Civ. P. 41(b).

Dated: June 3, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1